CEM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED

'08 MJ 01 65

08 JAN 22 AM 10: 37

SOUTHERN DISTRICT OF CALIFORNIA

BY KNH DEPUTY

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**Heriberto MONTES**

Defendant.

Magistrate Case No._______

COMPLAINT FOR VIOLATION OF

Title 8, U.S.C., Section 1326
Attempted Entry After
Deportation

The undersigned complainant being duly sworn states:

On or about **January 19, 2008**, within the Southern District of California, defendant **Heriberto MONTES**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **Otay Mesa Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Claudia Rios

SIGNATURE OF COMPLAINANT
Claudia Rios, U.S. Customs and Border
Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS **22nd** DAY OF **January**, 2008.

UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I, United States Customs and Border Protection (CBP) Enforcement Officer Jacob James, declare under penalty of perjury the following to be true and correct:

January 19, 2008 at approximately 7:04 P.M., a male identified as **Heriberto MONTES (Defendant),** attempted to enter the United States from Mexico via the Otay Mesa California Port of Entry. Defendant presented his Permanent Resident Card (Form I-551) that he is no longer lawfully entitled to. CBP Officer queried the I-551 presented by Defendant on the Interagency Border Inspection System (IBIS) and received a positive response. CBP Officer referred Defendant to secondary for further inspection.

During secondary inspection Defendants fingerprints were queried using Integrated Automated Fingerprint Identification System (IAFIS). IAFIS confirmed Defendants identity and produced a positive response indicating the Defendant was previously deported.

Defendant was advised of his Constitutional Rights and elected to answer questions without the benefit of counsel. Defendant stated that he had been deported before an Immigration Judge. Defendant stated he had intended to go to Los Angeles California.

Further queries utilizing the Immigration Central Index System (CIS) and Deportable Alien Control System (DACS) confirmed Defendant is a citizen of Mexico with no legal documents to enter the United States. DACS revealed Defendant was deported before an Immigration Judge on or about January 10, 2008 and was physically removed to Mexico on January 10, 2008.

Immigration records contain no evidence that Defendant has applied for, or received permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security to legally re enter the United States.

EXECUTED ON THIS 19th DAY OF January, 2008 AT 2300.

Jacob James / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page, I find probable cause to believe that the defendant named therein committed the offense on January 19, 2008 in violation of Title 8, United States Code, Section 1326.

MAGISTRATE JUDGE

1/20/08 @ 10:25 a.m.
DATE / TIME