AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

Heribento Montes

## WAIVER OF INDICTMENT

CASE NUMBER: 08Cr 386-IEG

I, Heribento Montes, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2-14-08 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
FEB 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

[signature]
*Defendant*

[signature]
*Counsel for Defendant*

Before [signature]
*Judge*

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd